UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERENE WRIGHT and JOSEPHINE DEJESUS,

                Plaintiffs,

   -v-

ETHICAL CULTURE FIELDSTON SCHOOL, <u>et</u> <u>al.</u>,

                Defendants.

CIVIL ACTION NO. 23 Civ. 1874 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, June 30, 2025, the Court ORDERS as follows:

1. Plaintiffs shall file ink-signed declarations from Ms. Wright and Ms. DeJesus by **Tuesday, July 8, 2025.**

2. The parties shall order a transcript of today's conference and file it on the docket. The parties shall submit a single request to etranscripts@nysd.uscourts.gov by **Wednesday, July 2, 2025**, and shall select the "7 Day" option for service.

Dated:     New York, New York
            June 30, 2025

                    SO ORDERED.

                    SARAH L. CAVE
                    **United States Magistrate Judge**