UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERENE WRIGHT and JOSEPHINE DEJESUS,<br><br>　　　　　　　　　　Plaintiffs,<br><br>-v-<br><br>ETHICAL CULTURE FIELDSTON SCHOOL, et al.,<br><br>　　　　　　　　　　Defendants. | CIVIL ACTION NO. 23 Civ. 1874 (JPO) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Initial Case Management Conference held today, November 6, 2025, the Court orders as follows:

1. By **Friday, November 21, 2025**, the parties shall submit a proposed confidentiality stipulation and protective order. If the parties cannot reach an agreement on the language, each party may submit a letter of no more than 500 words outlining their position on the provision(s) about which the parties have not agreed.

2. **By, Friday, November 21, 2025**, Plaintiff shall provide a release for Plaintiff Serene Wright's mental health records, along with a list of all physical and mental health providers for both Plaintiffs including a brief general description of the nature of the treatment or services from each provider.

3. The parties' proposed case management plan will be adopted by separate order.

4. A telephonic status conference is scheduled for **Friday, December 5, 2025 at 12:15 p.m. ET.** The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:     New York, New York
           November 6, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2