WILMERHALE

December 3, 2025

**Debo P. Adegbile**

+1 212 295 6717 (t)
+1 212 230 8888 (f)
debo.adegbile@wilmerhale.com

**VIA ECF**

The Honorable Sarah L. Cave
United States District Court
   for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re: *Wright v. Ethical Culture Fieldston School*, 1:23-cv-01874-JPO-SLC

Dear Judge Cave:

      I write on behalf of both parties to request an adjournment of the status conference scheduled for Friday, December 5, 2025 in the above-captioned case. On November 25, 2025, the Court entered Defendants' proposed protective order and indicated that any disputes over redactions are not yet ripe for review. *See* ECF No. 130 at 1, 4 n.4; ECF No. 131. The parties do not believe that any other issues are ripe for discussion with or review by the Court at this time. Accordingly, the parties request an adjournment of the status conference to a date and time in the second half of January 2026, as the Court's calendar permits, which will be after the parties' initial round of discovery exchanges.

Sincerely,

The parties' request at Dkt. No. 133 is GRANTED and the conference scheduled for December 5, 2025 is ADJOURNED to **Thursday, January 29, 2026 at 2:30 p.m. ET** and will occur in-person in Courtroom 18A, 500 Pearl Street, New York, NY 10007.

The Clerk of the Court is respectfully directed to close Dkt. No. 133.

SO ORDERED    12/3/25

*/s/ Debo P. Adegbile*
Debo P. Adegbile

SARAH L. CAVE
United States Magistrate Judge

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington