Defendants' request at Dkt. No. 135 is GRANTED. The status conference scheduled for January 29, 2026 is ADJOURNED to **Thursday, March 12, 2026 at 11:00 a.m. ET** in Courtroom 18A, 500 Pearl Street, New York, NY 10007. The revised case management plan at Exhibit A is ADOPTED.

The Clerk of the Court is respectfully directed to close Dkt. No. 135.

SO ORDERED    1/27/26

SARAH L. CAVE
United States Magistrate Judge

WILMERHALE

**Alan E. Schoenfeld**

+1 212 937 7294 (t)
+1 212 230 8888 (f)
choenfeld@wilmerhale.com

January 27, 2026

**VIA ECF**

The Honorable Sarah L. Cave
United States District Court
    for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Wright v. Ethical Culture Fieldston School*, 1:23-cv-01874-JPO-SLC

Dear Judge Cave:

I write on behalf of defendants and with the consent of plaintiffs to request an adjournment of the status conference scheduled for Thursday January 29, 2026, in the above-captioned case.

The parties recently exchanged responses and objections to their first set of discovery requests and are in the process of collecting their document productions. Discovery progresses, and the parties do not believe that any issues are ripe for review. In addition, the ECFS Defendants have recently decided to change counsel, and the attorneys at Wilmer Cutler Pickering Hale and Dorr will shortly be filing a Motion to Withdraw from the case. The ECFS Defendants have retained Doreen Martin and Emily Tortora of Venable LLP as counsel, and they will soon be filing their notices of appearance for the ECFS Defendants. Additional time will allow the ECFS Defendants' new counsel adequate time to assess the case, and for the parties' counsel to discuss the recently served discovery responses.

The parties have conferred, and all parties agree to the adjournment. Accordingly, the parties request an adjournment of the status conference to March 12 or March 19, or to a date and time as the Court's calendar permits.

In addition, because the change in counsel will affect discovery, the parties also request that the Court enter the proposed Revised Case Management Plan, attached at Exhibit A.

Sincerely,

*/s/ Alan Schoenfeld*
Alan Schoenfeld

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007

Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

WILMERHALE

January 27, 2026
Page 2

Exhibit A
Proposed Case Schedule Revisions

|  | Original Deadline | Proposed New Deadline |
|---|---|---|
| Close of Fact Discovery | May 5, 2026 | July 10, 2026 |
| Close of Expert Discovery | July 20, 2026 | September 18, 2026 |
| Deadline to Submit Joint Letter Certifying Discovery is Complete | July 27, 2026 | September 25, 2026 |