**LLP**

151 WEST 42ND STREET   49TH FLOOR   NEW YORK, NY 10036
**T** 212.307.5500   **F** 212.307.5598   www.Venable.com

March 10, 2026

**VIA ECF**
The Honorable Sarah L. Cave
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, NY 10007

> Defendants' request at Dkt. No. 142 is GRANTED.  The **in-person** conference scheduled for March 12, 2026 is ADJOURNED to **Tuesday, April 14, 2026 at 3:00 p.m. ET** in Courtroom 18A, 500 Pearl Street, New York, NY 10007.
>
> The Clerk of the Court is respectfully directed to close Dkt. No. 142.
>
> SO ORDERED    3/10/26
>
> SARAH L. CAVE
> United States Magistrate Judge

Re:    ***Wright v. Ethical Culture Fieldston School*, 1:23-cv-01874-JPO-SLC**
       Request to Adjourn Status Conference

Dear Judge Cave:

This firm represents Defendants Ethical Culture Fieldston School, Jessica Bagby, Robert Cairo, and Nigel Furlonge (collectively "Defendants") in the above-referenced matter.

In accordance with Practice 1.D. of Your Honor's Individual Practices in Civil Cases—and after consultation with counsel for Plaintiffs Serene R. Wright and Josephine DeJesus ("Plaintiffs")—we write to respectfully request that the status conference presently scheduled in the above-referenced matter for March 12, 2026 be adjourned to April 7, 2026 or April 14, 2026, or such other date as the Court's calendar permits.

Our firm recently substituted as counsel for Defendants and has required time to transition into the matter and assess the case.  The requested adjournment will allow Defendants to continue collecting and reviewing documents for their rolling production.  Discovery remains ongoing, and there are presently no issues ripe for the Court's review.

This is the parties' third request to extend the status conference in the above-referenced matter, and the first interposed by Defendants' present counsel.  The Court granted the prior two requests.  Plaintiffs have consented to the present request, and the parties have agreed to exchange a rolling production of documents on or before March 31, 2026.

> Respectfully submitted,
> */s/ Doreen S. Martin*
> Doreen S. Martin

cc:    All counsel of record (via ECF)