UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERENE WRIGHT and JOSEPHINE DEJESUS,

                    Plaintiffs,

    -v-

ETHICAL CULTURE FIELDSTON SCHOOL, et al.,

                  Defendants.

CIVIL ACTION NO. 23 Civ. 1874 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the in-person status conference held today, April 14, 2026, the Court ORDERS as follows:

1. An in-person discovery status conference is scheduled for **Wednesday, May 27, 2026 at 12:00 p.m. ET** in Courtroom 18A, 500 Pearl Street, New York, NY.  Any participant requesting permission to bring an electronic device (e.g., cellphone, laptop, tablet) into the Courthouse must email to Chambers (Cave_NYSDChambers@nysd.uscourts.gov) a completed Electronic Device Order form no later than four (4) business days before the conference.  The Electronic Device Order form is available on the Court's website at https://nysd.uscourts.gov/forms/fillable-form-electronic-devices-general-purpose.

2. By **Friday, May 22, 2026**, the parties shall file a joint letter, not to exceed 750 words, identifying any discovery issues ripe for the Court's attention at that time.

Dated:      New York, New York
            April 14, 2026

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**