UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERENE WRIGHT and JOSEPHINE DEJESUS,

Plaintiffs,

-v-

ETHICAL CULTURE FIELDSTON SCHOOL, et al.,

Defendants.

CIVIL ACTION NO. 23 Civ. 1874 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the in-person status conference (the "Conference") held today, July 6, 2026, the Court **ORDERS** as follows:

1. By **July 9, 2026**, the parties shall order the transcript of the Conference using the annexed form.
2. By **July 24, 2026**, the parties may file a joint status letter, not to exceed 750 words, identifying any discovery issues ripe for the Court's attention.
3. A telephonic discovery conference is scheduled for **July 28, 2026 at 3:30 p.m. ET** on the Court's conference line. The parties are directed to call (855) 244 8681; access code: 2308 226 4654 at the scheduled time.
4. The parties' request at Dkt. No. 152 is **GRANTED**:
   a. The parties' deadline to complete fact discovery is **EXTENDED** to **October 22, 2026**.
   b. The parties' deadline to complete expert discovery is **EXTENDED** to **December 14, 2026.**

c. By **December 21, 2026**, the parties shall file a joint letter certifying that discovery is complete.

Dated: New York, New York
July 6, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| | |
|---|---|
| Case Caption | |

| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
|---|---|---|
| | | |

**INDICATE SERVICE:**
(prices listed are per page)

| Daily $7.30 ○ | 3 Day $6.55 ○ | 7 Day $5.85 ○ | 14 Day $5.10 ○ | 30 Day $4.40 ○ |
|---|---|---|---|---|

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL