UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERENE WRIGHT and JOSEPHINE DEJESUS,

Plaintiffs,

-v-

ETHICAL CULTURE FIELDSTON SCHOOL, et al.,

Defendants.

CIVIL ACTION NO. 23 Civ. 1874 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the telephonic discovery conference (the "Conference") held on July 28, 2026, the Court **ORDERS** as follows:

1. Defendants shall apply a date range of September 1, 2016 to June 21, 2021 to their search for responsive documents.
2. Plaintiffs shall respond to Defendants' Interrogatory Nos. 3(b), 3(c), 6(c), 7(c), 8(b), 8(c), and 9 to the extent that they seek the identification of particular individuals consistent with Rule 33.3(a) of the Local Rules of the Southern District of New York.
3. Plaintiffs' request to compel production of personnel files of Mr. Cox and Ms. Crowley is **DENIED**. Defendants shall provide the last known contact information for Ms. Cox and Mr. Crowley to Plaintiffs' counsel.
4. The parties shall meet and confer regarding the following:
    a. Defendants' RFP Nos. 5, 7, and 9 as modified; and
    b. Plaintiffs' RFPs seeking the reports on racism, racial statistics, documents produced in Kim Emile, et al., v. Ethical Culture Fieldston School, et al., No. 21-cv-

3799 (JPO) regarding other discrimination complaints, and any audio or video documentation concerning racial incidents at the Ethical Cultural Fieldston School.

5. Plaintiff Josephine DeJesus shall contact her mental health providers, as discussed at the Conference, to request their compliance with HIPAA authorizations for the release of her medical records.
6. By **July 31, 2026**, the parties shall order the transcript of the Conference using the annexed form.
7. By **August 11, 2026**, Defendants shall produce personnel files for Defendants Jessica Bagby, Robert Cairo, and Nigel Furlong.
8. By **August 25, 2026 at 5:00 p.m. ET**, the parties may file a joint status letter, not to exceed 750 words, identifying any discovery issues ripe for the Court's attention.
9. A telephonic discovery conference is scheduled for **August 28, 2026 at 10:00 a.m. ET** on the Court's conference line. The parties are directed to call (855) 244 8681; access code: 2308 226 4654 at the scheduled time.

Dated: New York, New York
July 28, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**