UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERENE WRIGHT and JOSEPHINE DEJESUS,

Plaintiffs,

-v-

ETHICAL CULTURE FIELDSTON SCHOOL, et al.,

Defendants.

CIVIL ACTION NO. 23 Civ. 1874 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the telephonic discovery conference (the "Conference") held on August 28, 2026, the Court **ORDERS** as follows:

1. Regarding Plaintiffs' discovery requests to Defendants:
    a. Defendants shall produce statistical or demographic data regarding the student body of the Ethical Culture Fieldston School ("ECFS") for the period from September 1, 2016 through June 21, 2021 (see Dkt. No. 169);
    b. Defendants shall search for, and produce, any video(s) by ECFS or its personnel from September 1, 2016 to June 21, 2021 addressing or responding to racially offensive statements at ECFS;
    c. Defendants shall search their custodians' hard drives and electronic files (other than ESI) for any reports or memoranda concerning racially offensive statements or incidents at ECFS from September 1, 2016 to June 21, 2021;
    d. Defendants shall add the phrase "Jungle King" to their list of ESI search terms for September 1, 2016 through June 21, 2021;

e. Defendants shall produce the organizational chart discussed during the Conference; and

f. Defendant shall identify which documents in their previous productions came in response to any third-party subpoenas.

2. Regarding Defendants' requests to Plaintiffs:

a. As to Bullets 1, 2, and 3 in Dkt. No. 172-2, Plaintiffs shall conduct a search for any expressions, by or to Plaintiffs, regarding Ms. Wright's positive or negative experiences at ECFS;

b. Defendants' request to compel Plaintiffs to search for documents requested in Bullet No. 5 in Dkt. No. 172-2 is **DENIED WITHOUT PREJUDICE**. For further discussion of this request, the Court refers the parties to the Conference transcript;

c. As to Bullets Nos. 6 and 7 in Dkt. No. 172-2, Plaintiffs shall conduct a search for any statements, by or to Plaintiffs, regarding non-ECFS causes of Ms. Wright's mental health, physical conditions, or academic performance;

d. Plaintiff shall produce documents response to Bullets Nos. 8–12 in Dkt. No. 172-2;

e. As to Bullet No. 13 in Dkt. No. 172-2, Plaintiffs shall search Ms. Wright's applications for discussions about non-ECFS causes of Ms. Wright's mental health, physical conditions, or academic performance; and

f. As to Bullet No. 14 in Dkt. No. 172-2, Plaintiffs shall search for and produce all non-privileged documents between Plaintiffs and any other ECFS students, parents, advocacy groups, or other non-lawyer individuals concerning alleged racial

discrimination at ECFS dated before the date of the first mention of hiring a lawyer or bringing a lawsuit.

3. By **September 2, 2026**, the parties shall order the transcript of the Conference using the annexed form.

4. By **September 4, 2026**, Plaintiffs shall submit a letter (the "Plaintiffs' Letter"), not to exceed 750 words, providing legal authority for their request that Defendants produce statistical or demographic data concerning ECFS faculty and staff from September 1, 2017 through June 21, 2021.

5. By **September 11, 2026**, Defendants shall submit a letter, not to exceed 750 words, responding to Plaintiffs' Letter.

6. A telephonic discovery conference is scheduled for **September 18, 2026 at 3:00 p.m. ET** on the Court's conference line (the "Sept. 18 Conference"). The parties are directed to call (855) 244 8681; access code: 2308 226 4654 at the scheduled time.

7. Before the Sept. 18 Conference, Plaintiffs shall:

    a. Identify the individuals referenced in the Second Amended Complaint (Dkt. No. 146);

    b. Provide responses to Defendants' Interrogatories Nos. 3(b), 3(c), 6(c), 7(c), 8(b), 8(c), and 9 pursuant to Dkt. No. 169; and

c. Provide additional descriptions of the individuals referenced in their Initial Disclosures. (See Dkt. No. 169).

Dated: New York, New York
August 28, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| | |
|---|---|
| Case Caption | |

| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
|---|---|---|
| | | |

**INDICATE SERVICE:**
(prices listed are per page)

| | | | | |
|---|---|---|---|---|
| Daily $7.30 ◯ | 3 Day $6.55 ◯ | 7 Day $5.85 ◯ | 14 Day $5.10 ◯ | 30 Day $4.40 ◯ |

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL