UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERENE WRIGHT and JOSEPHINE DEJESUS,

Plaintiffs,

-v-

ETHICAL CULTURE FIELDSTON SCHOOL, et al.,

Defendants.

CIVIL ACTION NO. 23 Civ. 1874 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the telephonic status conference (the "Conference") held today, September 18, 2026, the Court **ORDERS** as follows:

1. The Court will address in a separate order Plaintiffs' request that Defendants produce information concerning the racial composition of the staff, faculty, and administrative staff at ECFS (Dkt. No. 172 at 2).
2. By **September 22, 2026**, the parties shall order the transcript of the Conference using the annexed form.
3. By **October 9, 2026 at 5:00 p.m. ET**, the parties shall file a joint status letter, not to exceed 750 words, identifying any discovery issues ripe for the Court's attention, including any proposed extension of the fact discovery deadline of October 22, 2026. (Dkt. No. 163).

4. A telephonic discovery conference is scheduled for **October 13, 2026 at 2:15 p.m. ET** on the Court's conference line. The parties are directed to call (855) 244 8681; access code: 2308 226 4654 at the scheduled time.

Dated: New York, New York
September 18, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| Case Caption | | |
|---|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
| | | |

**INDICATE SERVICE:**

(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ |

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL