UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERENE WRIGHT and JOSEPHINE DEJESUS,

Plaintiffs,

-v-

ETHICAL CULTURE FIELDSTON SCHOOL, et al.,

Defendants.

CIVIL ACTION NO. 23 Civ. 1874 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the telephonic status conference (the "Conference") held today, October 13, 2026, the Court **ORDERS** as follows:

1. By **October 15, 2026**, Defendants' counsel shall email Chambers at Cave_NYSDChambers@nysd.uscourts.gov, copying Plaintiffs' counsel, regarding their clients' availability to attend an in person settlement conference on December 21 or December 22, 2026.
2. By **October 16, 2026**, the parties may order the transcript of the Conference using the annexed form.
3. By **November 9, 2026 at 5:00 p.m. ET**, the parties shall file a joint status letter, not to exceed 750 words, identifying any discovery issues ripe for the Court's attention.
4. A telephonic discovery conference is scheduled for **November 12, 2026 at 10:00 a.m. ET** on the Court's conference line. The parties are directed to call (855) 244 8681; access code: 2308 226 4654 at the scheduled time.

5. The parties' deadline to complete fact discovery is **EXTENDED** to **February 26, 2027**. (see Dkt. No. 163 ¶ 4(a)). The parties should not expect further extensions absent extraordinary circumstances.

6. The parties' deadline to complete expert discovery is **EXTENDED** to **April 20, 2027**. (See id. ¶ 4(b)).

7. By **April 27, 2027,** the parties shall file a joint letter certifying that all discovery is complete. (See id. ¶ 4(c)).

Dated: New York, New York
October 13, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**