UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERENE WRIGHT and JOSEPHINE DEJESUS,

Plaintiffs,

-v-

ETHICAL CULTURE FIELDSTON SCHOOL, et al.,

Defendants.

CIVIL ACTION NO. 23 Civ. 1874 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the telephonic status conference (the "Conference") held today, November 12, 2026, the Court **ORDERS** as follows:

1. Plaintiffs shall:
    a. Promptly produce a copy of the file that Plaintiff Serene Wright collected from her mother's home.
    b. Ascertain the process required to access the information contained on Ms. Wright's damaged phone discussed at the Conference.
2. Defendants shall:
    a. Search for and produce: (1) communications concerning the email from the Head of School (the "Email") discussed during the Conference; and (2) investigative reports concerning incidents involving racism at the Ethical Culture Fieldston School during the relevant time period. (See Dkt. No. 169 ¶ 1).
    b. Ascertain whether Defendants have collected text messages concerning the Email and, if not, determine the process by which they would collect those text messages.

3. The parties shall continue to meet and confer regarding the discovery described above. (See ¶¶ 1–2, supra).

4. By **November 16, 2026**, the parties may order the transcript of the Conference using the annexed form.

5. A telephonic discovery conference is scheduled for **December 1, 2026 at 12:30 p.m. ET** on the Court's conference line. The parties are directed to call (855) 244 8681; access code: 2308 226 4654 at the scheduled time. Should the parties determine that the conference is no longer necessary, they may notify the Court by joint letter no later than **5:00 p.m. on Monday November 30, 2026**.

Dated: New York, New York
November 12, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| Case Caption | |
|---|---|

| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
|---|---|---|
| | | |

## INDICATE SERVICE:

(prices listed are per page)

| Daily $7.30 ○ | 3 Day $6.55 ○ | 7 Day $5.85 ○ | 14 Day $5.10 ○ | 30 Day $4.40 ○ |
|---|---|---|---|---|

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL